IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

NAUTILUS INSURANCE COMPANY,

Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY,

Defendant.

Case No. 2:25-cv-03572-TLN-SCR

**ORDER GRANTING STIPULATION REGARDING PRE-TRIAL SCHEDULE**

Trial Date: None Set
Date Action Filed: 12/10/2025

The Court has considered the Parties' stipulation to continue the current pre-trial schedule in this action and, and for good cause shown, the Court grants the stipulation and sets the following schedule:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Discovery cut-off | January 29, 2027 | July 30, 2027 |
| Expert disclosure deadline | March 31, 2027 | October 29, 2027 |
| Supplemental expert disclosure deadline | April 30, 2027 | **November 29, 2027** |
| Dispositive motion deadline | July 26, 2027 | January 28, 2028 |

**IT IS SO ORDERED.**

Dated: November 13, 2026

Troy L. Nunley
Chief United States District Judge